# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE

26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

JENNIFER A. LIANG
ANDREA ZELLAN
BRIAN E. KLEIN

MARK M. BAKER
OF COUNSEL

December 15, 2005

**Via Facsimile (718-260-2447)**
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Room 440
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 23 2005 ★

TIME A.M. _____ P.M. _____

Re: **UNITED STATES v. ALEKS PAUL**
00 CR 445 (ILG)

Dear Judge Glasser:

As Your Honor is aware, this firm represents Aleks Paul, a defendant in the above-referenced matter. On September 17, 2001, this Court sentenced Mr. Paul to a term of imprisonment of 63 months, which Mr. Paul began serving upon voluntary surrender on October 30, 2001. On February 20, 2005, Mr. Paul was released on supervised released in accordance with the terms of his sentence. I write, pursuant to 18 U.S.C. § 3583(e)(3), to respectfully request that this Court modify Mr. Paul's conditions of release to permit him to travel as outlined herein.

Specifically, Mr. Paul requests that his travel restrictions be expanded to permit him to travel to Israel to visit his sister, Hanna Blum, who is gravely ill with cancer. Mr. Paul would like to travel to Israel on December 22, 2005 and return to the United States on January 3, 2006. Should the Court grant his request, Mr. Paul will provide the Court and U.S. Probation with his flight information before he departs, as well as information related to his lodging. Mr. Paul plans to stay with his cousin, Ora Toliadano, who resides in Keryat Biudik, outside of Haifa, Israel. I have attempted to contact Probation Officer Peter Merrigan to discuss Mr. Paul's request but have been unable to reach him. Given the immediacy of the request, I am proceeding with this letter request without having spoken with Mr. Merrigan.

# BRAFMAN & ASSOCIATES, P.C.

Honorable I. Leo Glasser
September 28, 2001
Page 2

It is our understanding that Mr. Paul has scrupulously abided by the terms of his release and the conditions of U.S. Department of Probation for almost ten months.

I thank Your Honor for your courtesy in connection with this matter.

Respectfully,

Benjamin Brafman/kan

cc: U.S. Probation Officer Peter Merrigan
(via e-mail Peter_Merrigan@nysp.uscourts.gov)
Aleks Paul

Denied
So ordered

USDJ
12/16/05

בריאות כללית

ELEKS PAUL

| התמחות | רפואה: משפחה |
|---|---|
| מספר רישיון | 31114 |
| כתובת | כיכר ד״ח ג״ע - נצרת עילית |
| טלפון | 048557444 |
| מרפאה | נצרת עילית דרום | מחוז: צפון |

תאריך 24/11/2005

סיכום מידע רפואי

פרטי המטופל

| שם משפחה ושם פרטי | בלום חנה | BLUM HAVA |
| מס זהות | 00-01659341-0 |
| גיל | 54.02 |
| מין | נ |
| ת.לידה | 01/10/19.. |
| כרטיס | |
| שם האב | |

ישוב נצרת עילית
רחוב הגפן
מס בית 717
טלפון 6875521 - 4

נרשם על סמך בדיקת חופא

משקל 97  גובה 150  לחץ דם 130 / 70  מעשן משלם לא  bmi 43.11

ד״ר ז'קוב אירנה  בתאריך 24/11/2005

אבחנה - מצב בריאותי

בעיות פעילות

| ת.גילוי | אפיון | בעיה |
|---|---|---|
| 01/11/96 | | ASTHMA |
| 11/2/05 | | OBESITY (BMI >30) |
| 11/2/05 | | VARICOSE VEINS SEVERE |
| 11/2/06 | | OSTHEOARTHRITIS KNEES |

ד״ר ז'קוב אירנה
שם הרופא

מסר רישיון 31114

חתימה וחותמת הרופא

רישום רפואי זה כפוף לתנאים להלן:
הנתונים אשר באישור זה מבוססים על הרישומים שבכרטיס הרפואי על שמו של הנ״ל בקופת הכללית.
רשומים אלה מבוססים על מידע שנמסר לרופא המטפל ע״י הנ״ל ו/או על מידע בדברי תוצאות בדיקות.

קופת חולים, רופאיה, עובדיה וכל מי שפועל מטעמה אינם אחראים לאמיתות העובדות שפורשמו מפי חולי ו/או
מפי אסטרופוזיציה של הנ״ל שלגביו ניתן אישור זה אם בי ינקר, טיפול או בדיקה מסויימות לא מצאו את ביסוסם
ברישומים שבכרטיס הרפואי על שמו של הנ״ל.

כמו כן אין יום אחראים על תוצאת משגה או רשלמת בטיפול שיבוצע בכל צד ג׳, גיל סמך אישור זה.

---