

22565/RLS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

Chris J. Stanton
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

New York, NY
August 21, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 20 ᴸᵒᵒᵒ ★
P.M. _____
TIME A.M. _____

RECEIVED
8/24/06
Chambers of
I. Leo Glasser
U.S.D.J.

Honorable Leo I. Glasser
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RE: **PAUL, Aleks**
 Dkt. #: 99 CR 372 (S1)-03
 Dkt. #: 00 CR 196-15
 Dkt. #: 00 CR 445-01

Dear Judge Glasser:

This letter is prepared pursuant to the application made by Aleks Paul requesting permission to travel to the Kyrgyz Republic for business. The Probation Department has conducted an investigation into this matter, which included public record and internet searches. That search revealed nothing overtly troublesome. Therefore, we pose no objection to the international travel. We have contacted law enforcement and their reply is awaited.

Should you have any questions or concerns pertaining to this communication, please feel free to contact the undersigned at 212.805.5063.

Sincerely yours,

Rosiani L. Schuricht
U.S. Probation Officer

*Request Granted*
*So ordered*
*9/1/06*

| NYC Office Location: | NYC Office Mailing Address: | White Plains Office: | Middletown Office: |
|---|---|---|---|
| Woolworth Building | Daniel Patrick Moynihan | United States Courthouse | 128 Dolson Avenue |
| 233 Broadway, 14th Floor | United States Courthouse | 300 Quarropas Street | Middletown, NY 10940-6435 |
| New York, NY 10279 | 500 Pearl Street | White Plains, NY 10601-1901 | 845.344.2789 |
| 212.805.0040 | New York, NY 10007-1312 | 914.390.4040 | 845.344.2722 - Fax |
| 212.805.0047 - Fax | | 914.390.4055 - Fax | |

# ESSEX GLOBAL TRADING INC.

July 18, 2006

Honorable I. Leo Glasser
Senior U.S. District Judge
Eastern District of New York

Dear Judge Glasser:

Aleks Paul, our employee, has developed excellent new business opportunities in Kyrgyz Republic on our firm behalf and now required to travel overseas to further negotiate and sign the agreements. These opportunities are of extreme importance for our company new ventures developments and Mr. Paul's involvement and presence overseas for final negotiations cannot be substituted.

I respectfully asking to grant your permission to Mr. Aleks Paul to Kyrgyz Republic.

Sincerely,

Jeffrey Sokolin
President & C.E.O

cc: Rosiani L. Schuricht
U.S. Probation Officer, Southern District of New York

145 EAST 48TH STREET, SUITE 32D • NEW YORK, NY • 10017
PHONE: (212)944-5555 • FAX: (212)944-5545

# ALEKS PAUL

July 18, 2006

Honorable I. Leo Glasser
Senior U.S. District Judge
Eastern District of New York

Re: Docket Nos.   99-CR-372(S-1)-03
                 00-CR-196-15
                 00_CR-445-01

Dear Judge Glasser:

I'm on supervised release since August 20, 2005. For several months now I was in discussions with the Ministry of Agriculture, Water Resources and Processing Industry of Kyrgyz Republic in regards to developing business opportunities. As a result and as per letter attached, I was invited by them for a final negotiations and signing of the agreements.

I respectfully asking your permission to allow me to travel to Kyrgyz Republic, so I can finalize and sign the agreements. These steps are extremely important for future expansion of Essex Global Trading Inc., a company I work for.

Respectfully,

Aleks Paul

cc: Rosiani L. Schuricht
U.S. Probation Officer
Southern District of New York

**КЫРГЫЗ РЕСПУБЛИКАСЫНЫН АЙЫЛ, СУУ ЧАРБА ЖАНА КАЙРА ИШТЕТҮҮ ӨНӨР ЖАЙ МИНИСТРЛИГИ**



**МИНИСТЕРСТВО СЕЛЬСКОГО, ВОДНОГО ХОЗЯЙСТВА И ПЕРЕРАБАТЫВАЮЩЕЙ ПРОМЫШЛЕННОСТИ КЫРГЫЗСКОЙ РЕСПУБЛИКИ**

720040, Бишкек ш., Киев көчөсү, 96 «А»
Телефон: +(996 312) 62-36-16,
факс: +(996 312) 62-36-32

«14» июля 2006 г. № 01-4/1583
На №

720040, г. Бишкек, улица Киевская, 96 «А»
Телефон: +(996 312) 62-36-16,
факс: +(996 312) 62-36-32

Mr. Aleks Paul
Essex Global Trading., Inc.
Fine Antique Period Jewelry

10 West 47th Street
Booth#30
New York, N.Y. 10036
Tel: 212-944-5555
Fax: 212-944-5555

July 14. 2006

## INVITATION

Ministry of Agriculture, Water Resources and Processing Industry of the Kyrgyz Republic invites *Mr. ALEKS PAUL* to visit our country for discussion of the issues of business cooperation and signing of the agreements in agriculture area during the period of 19-26 July, 2006.

Deputy minister

T. Kulov